■ In the Matter of JOHN WHITFIELD, Appellant, v CHRISTOPHER ARTUZ, Respondent. [627 NYS2d 969] —Appeal by the petitioner from a judgment of the Supreme Court, Dutchess County (Beisner, J), entered December 14, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Beisner at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.